# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| BETHANY DRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-16-NAB |
| | ) |
| THE KRAFT HEINZ COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the filing of Plaintiff's Notice of Dismissal (Doc. 49) on December 30, 2021,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a), the claims in this action are **DISMISSED with prejudice**. Each party shall bear its own costs and attorneys fees.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of January, 2022.